IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00058-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY TACONI,

    Defendant.

_____

**UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE**
_____

    COMES NOW the United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Elizabeth Young, and hereby gives notice to the Court that it will not seek a criminal order of forfeiture for the assets identified in the Plea Agreement (Doc. 45 at 4-6) because the assets have been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

    Dated: July 19, 2024.

    Respectfully submitted,

    MATTHEW T. KIRSCH
    Acting United States Attorney

    By: /s/ *Elizabeth Young*
    Elizabeth Young
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Email: Elizabeth.Young2@usdoj.gov
    *Attorney for the United States*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of July 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

      s/*Sheri Gidan*
      FSA Federal Paralegal
      Office of the U.S. Attorney